

# IN THE
# TENTH COURT OF APPEALS
_____

## No. 10-13-00330-CV
_____

## IN THE INTEREST OF R.M., N.M., N.M., AND K.O., CHILDREN
_____

### From the County Court at Law No. 1
### Johnson County, Texas
### Trial Court No. D201200053

## O R D E R

Appellant's Motion to Extend Time to File Appellant's Brief was filed on November 20, 2013. Accelerated appeals in termination cases require strict adherence to the shortened deadlines. Rule of Judicial Administration 6.2 states that in an appeal of a suit for termination of the parent-child relationship or a suit affecting the parent-child relationship filed by a governmental entity for managing conservatorship, appellate courts should dispose of the appeal **within 180 days of the date the notice of appeal is filed. This deadline is not extended for delays or extensions in filing the records or briefs of the parties.**

Appellant's motion is granted.  However, **no further extensions will be granted.** Appellant's brief is due December 20, 2013.  Appellant is reminded that the record should be returned to the Court with appellant's brief so that the appellee may timely prepare its response.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted
Order issued and filed December 12, 2013